IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605

| | |
|---|---|
| GERALD D. FOREST,          )<br>          Plaintiff,          )<br>                                    )<br>vs.                              )<br>                                    )<br>TRANSIT MANAGEMENT      )<br>OF CHARLOTTE, INC.,       )<br>          Defendant.         )<br>_____) | <u>ORDER</u> |

This matter is before the court upon its own motion. The Certification and Report of FRCP 26(F) Conference and Discovery Plan in this case indicates that this matter is to be set for a status conference before entry of the scheduling order. Accordingly, the parties are directed to appear in my chambers on **Thursday, September 1, 2005, at 10:45 a.m.**

So ordered, this 17th day of August, 2005.

*/s/ Graham C. Mullen*
GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE