IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605-MU

GERALD D. FOREST, )
)
    Plaintiff, )
)
vs. ) ORDER
)
TRANSIT MANAGEMENT OF )
CHARLOTTE, INC., )
)
    Defendant. )
_____)

    This matter is before the court upon its own motion. A pretrial conference was held in this matter on September 1, 2005. Based upon discussions at the conference,
    IT IS THEREFORE ORDERED:
    (1) That Plaintiff's Motion to Compel of March 11, 2005 is hereby DENIED AS MOOT;
    (2) That Defendant is directed to produce forthwith all records in its possession that deal with disciplinary incidents with regard to personnel identified by the Plaintiff;
    (3) That if Plaintiff has any other requests for production of documents, he shall correspond with defense counsel with a copy to the court so the court may determine if further production of documents is appropriate;
    (4) That this case is ordered to mediation and the parties are directed to notify the court within thirty days of an agreed-upon mediator and the approximate date on which the mediation will occur; and
    (5) That the parties are directed to report back to the court after mediation is completed.

**Signed: September 8, 2005**

Graham C. Mullen
Chief United States District Judge