IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605-MU

| | |
|---|---|
| GERALD D. FOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TRANSIT MANAGEMENT OF ) | |
| CHARLOTTE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon its own motion. It appears to the court that this case has yet to be set for trial. The *pro se* Plaintiff has filed a document captioned "Plaintiff Request Case to Calendared for Jury Trial." As the Plaintiff is *pro se*, the court is inclined to construe this as a jury demand. Should the Defendants have any objection, they are directed to object in writing and file their objection with the court within 10 days of the date of entry of this Order. The parties are also hereby directed to report to the court as to what discovery, if any, needs to be completed prior to the court setting a trial date. The parties likewise should report to the court in writing no later than 10 days from the date of entry of this Order.

IT IS SO ORDERED.

**Signed: December 27, 2005**

Graham C. Mullen
Chief United States District Judge