IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605-MU

| | | |
|---|---|---|
| GERALD D. FOREST | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TRANSIT MANAGEMENT OF CHARLOTTE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Defendant's letter request to be allowed to take the deposition of Scott Colburn for use at trial pursuant to Rule 32 of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Defendant's request is hereby GRANTED.

Signed: February 1, 2006

Graham C. Mullen
United States District Judge