IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605-MU

| | | |
|---|---|---|
| GERALD D. FOREST, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TRANSIT MANAGEMENT OF CHARLOTTE, INC., | ) | |
| Defendant. | ) | |

This matter is before the court upon its own motion. This case is hereby set for the September 5, 2006 Mixed Trial Term.

IT IS SO ORDERED.

Signed: April 25, 2006

Graham C. Mullen
United States District Judge