IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605

| GERALD D. FORREST, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | ORDER |
| TRANSIT MANAGEMENT OF CHARLOTTE, INC., | ) |  |
| Defendant. | ) |  |

This matter is before the court upon its own motion. This matter is scheduled for trial during the September 5, 2006 Mixed Trial Term.. However, it appears to the court that a criminal trial which is also scheduled for that trial term will take up all of the available trial time for the Term. Therefore, the court will continue this matter to the November 13, 2006 trial term.

IT IS THEREFORE ORDERED that this case is hereby continued to the November 13, 2006 trial term.

Signed: August 28, 2006

Graham C. Mullen
United States District Judge