UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:03CV605**

| | | |
|---|---|---|
| GERALD D. FORREST, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TRANSIT MANAGEMENT OF | ) | |
| CHARLOTTE, INC., | ) | |
| Defendant. | ) | |
| | ) | |

      **THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled from November 13, 2006 to the **November 14, 2006 term of court at 10:00 a.m.** in Charlotte.

      IT IS SO ORDERED.

        Signed: October 10, 2006

        Graham C. Mullen
        United States District Judge