IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV605-MU

| | |
|---|---|
| GERALD D. FORREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| TRANSIT MANAGEMENT OF ) | |
| CHARLOTTE, INC., ) | |
| ) | |
| Defendant. ) | |

This matter came before the court upon the Defendant's oral Motion for Judgment as a Matter of Law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure. For the reasons stated in open court, the court hereby GRANTS judgment as a matter of law in favor of the Defendant. Plaintiff is hereby directed to return all personnel files to the Defendant forthwith.

IT IS SO ORDERED.

Signed: November 14, 2006

Graham C. Mullen
United States District Judge